448 April 2, 2025 No. 284

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TYANNA MARIE FITZPATRICK,
*Defendant-Appellant.*

Clackamas County Circuit Court
23CR20388, 24CR17144; A185257 (Control), A185256

Jeffrey S. Jones, Judge.

Submitted February 14, 2025.

Frances J. Gray filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

In this consolidated appeal, defendant challenges two judgments entered after she pleaded guilty to various offenses. Her appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In Case No. 23CR20388, defendant pleaded guilty to three counts of aggravated identity theft, ORS 165.803, and two counts of identity theft, ORS 165.800. Based on various stipulations, the trial court sentenced defendant to a total term of 60 months in prison followed by three years of post-prison supervision (PPS). In Case No. 24CR17144, defendant pleaded guilty to one count of failure to appear in the first degree, ORS 162.205. The trial court sentenced defendant to a stipulated sentence of three months in prison concurrent to her sentence in the other case and two years of PPS.

Having reviewed the record, including the trial court files in the two cases, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).